UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IZAIHLL J. JACKSON, | §, | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:20-cv-2987-B (BK) |
| | § | |
| K. ZOOK, | § | |
| Respondent. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for clear error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

DATED: February 18, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE